**Order entered December 12, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01657-CV

### IN RE DR. JONATHAN OH, Appellant

**Original Proceeding from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04068-A**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.


/s/      ROBERT M. FILLMORE
           JUSTICE